**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00186-CV

## IN RE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13467**

## ORDER

The Court has before it the petition for writ of mandamus filed by relator, Texas Department of Family and Protective Services. The Court requests that Real Party in Interest and Respondent file any responses to the petition for writ of mandamus by March 3, 2014.

/s/    ADA BROWN
        JUSTICE